IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, ET AL., *Plaintiffs*, v. FEDERAL AVIATION ADMINISTRATION, ET AL., *Defendants*, and CAMDEN COUNTY, GEORGIA, *Defendant-Intervenor*. | No. 22-cv-01408 (RDM) |

**JOINT STATUS REPORT**

NOTICE IS HEREBY GIVEN that Joseph E. Borson, Civil Division, United States Department of Justice, enters his appearance in this case on behalf of the federal government defendants. The undersigned counsel herby certifies pursuant to Local Rule 82.3(j) that he is personally familiar with the Local Rules of this Court.

Date: March 6, 2023

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
Trial Attorney, U.S. Dep't of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel. (202) 514-1955
Joseph.Borson@usdoj.gov

*Counsel for Defendants*