IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, ET AL., <br><br> *Defendants*, <br><br> and <br><br> CAMDEN COUNTY, GEORGIA, <br><br> *Defendant-Intervenor*. | No. 22-cv-01408 (RDM) |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT, TO SET A BRIEFING SCHEDULE, AND TO EXCUSE COMPLIANCE WITH LOCAL CIVIL RULE 7(n)**

Defendants move: (1) to extend their time to respond to Plaintiffs' Amended Complaint, currently due July 28, 2023; (2) for the Court to set a briefing schedule regarding Defendants' forthcoming motion to dismiss; and (3) to excuse Defendants' compliance with Local Civil Rule 7(n).

As to the first, Defendants' response to Plaintiffs' Amended Complaint, ECF No. 25, is currently due July 28, 2023.  *See* Fed. R. Civ. P. 15(a)(3).  Defendants seek a four-week extension of time, until August 25, 2023, to file their response.  Defendants require additional time to consider the additional allegations in the Amended Complaint, as well as to accommodate the unavailability of counsel for Defendants and agency staff due to previously-scheduled vacations and other litigation deadlines.

As to the second, the Parties request that the Court set the following briefing schedule regarding Defendants' forthcoming motion:

| | |
|---|---|
| Defendants' motion to dismiss: | **August 25, 2023** |
| Defendant-Intervenor's response to Amended Complaint: | **September 1, 2023** |
| Plaintiffs' opposition to Defendants' motion to dismiss: | **September 29, 2023** |
| Defendants' reply in support of motion to dismiss: | **October 20, 2023** |
| Defendant-Intervenor's reply: | **October 27, 2023** |

Third, Defendants move to be excused from any obligation pursuant to Local Civil Rule 7(n)[1] to file a certified list of the contents of the administrative record simultaneously with their forthcoming dispositive motion to dismiss. In support, Defendants incorporate by reference their earlier motion making this same request, ECF No. 22, as well as this Court's June 15, 2023 Minute Order granting Defendants' request. *See also, e.g.*, *Desai v. U.S. Citizenship & Immigr. Servs.*, No. 20-cv-1005, 2021 WL 1110737, at *5 n.7 (D.D.C. Mar. 22, 2021) ("Consistent with other courts in this jurisdiction, the Court shall grant the Government's motion to waive compliance with Local Civil Rule 7(n)'s requirement that the agency submit an index of the administrative record.").

Counsel for Plaintiffs and Defendant-Intervenor consent to the relief requested in this Motion.

Respectfully submitted this 21st day of July, 2023.

    TODD KIM
    Assistant Attorney General

    */s/ Gregory M. Cumming*
    Gregory M. Cumming
    Matthew P. Rand
    Trial Attorneys

---

[1] Local Rule 7(n) requires the agency to provide an administrative record to plaintiffs and "file a certified list of the contents of the administrative record with the Court within 30 days following service of the answer to the complaint or simultaneously with the filing of a dispositive motion, whichever occurs first."

United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M St., N.E.
Washington, D.C. 20002
(202) 598-0414 (phone)
gregory.cumming@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Director

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel. (202) 514-1955
Joseph.Borson@usdoj.gov

*Counsel for Defendants*