IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, ET AL., <br><br> *Defendants*, <br><br> and <br><br> CAMDEN COUNTY, GEORGIA, <br><br> *Defendant-Intervenor*. | No. 22-cv-01408 (RDM) |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and Local Civil Rule 7(a), Defendants move to dismiss Plaintiffs' claims for lack of subject matter jurisdiction. As set forth in the accompanying memorandum of points and authorities, Plaintiffs lack standing and their claims are not ripe for adjudication. As such, Defendants respectfully request that the Court dismiss Plaintiffs' claims without prejudice.

Respectfully submitted this 25th day of August, 2023.

TODD KIM
Assistant Attorney General

*/s/ Gregory M. Cumming*
Gregory M. Cumming
Matthew P. Rand

       Trial Attorneys
       United States Department of Justice
       Environment & Natural Resources Division
       Natural Resources Section
       150 M St., N.E.
       Washington, D.C. 20002
       (202) 598-0414 (phone)
       gregory.cumming@usdoj.gov


       BRIAN M. BOYNTON
       Principal Deputy Assistant Attorney General

       JULIE STRAUS HARRIS
       Assistant Director

       */s/ Joseph E. Borson*
       JOSEPH E. BORSON (Va. Bar No. 85519)
       Senior Trial Counsel
       United States Department of Justice
       Civil Division, Federal Programs Branch
       1100 L St., NW
       Washington, D.C. 20005
       Tel. (202) 514-1955
       Joseph.Borson@usdoj.gov

       *Counsel for Defendants*