IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, ET AL., <br><br> *Defendants*, <br><br> and <br><br> CAMDEN COUNTY, GEORGIA, <br><br> *Defendant-Intervenor*. | No. 22-cv-01408 (RDM) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants move for a one-week extension of their deadline to file a reply in support of their pending Motion to Dismiss, ECF No. 27.

Specifically, Defendants' reply is currently due October 20, 2023. *See* July 23, 2023 Minute Order. Defendants seek a one-week extension of time, until October 27, 2023, to file their reply. Defendants require additional time due to the press of other matters currently assigned to undersigned counsel. In particular, counsel is currently preparing newly-required expedited merits briefing in another matter that inhibits Defendants' ability to prepare their reply as previously scheduled.

Counsel for Plaintiffs do not oppose the relief requested in this Motion.

Respectfully submitted this 6th day of October, 2023.

TODD KIM
Assistant Attorney General

*/s/ Gregory M. Cumming*
Gregory M. Cumming
Matthew P. Rand
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M St., N.E.
Washington, D.C. 20002
(202) 598-0414 (phone)
gregory.cumming@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Director

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel. (202) 514-1955
Joseph.Borson@usdoj.gov

*Counsel for Defendants*