IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, ET AL., <br><br> *Defendants*, <br><br> and <br><br> CAMDEN COUNTY, GEORGIA, <br><br> *Defendant-Intervenor*. | No. 22-cv-01408 (RDM) |

## PROPOSED ORDER

Upon consideration of Defendants' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss, and for good cause shown, that Motion is hereby **GRANTED**. Defendants shall file their reply in support of their Motion to Dismiss by **October 27, 2023**.

SO ORDERED this _____ day of October, 2023.

_____
Randolph D. Moss
United States District Judge