IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL PARKS CONSERVATION ASSOCIATION**, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**FEDERAL AVIATION ADMINISTRATION,** *et al.*,<br><br>　　　　　　　　　Defendants,<br><br>　and<br><br>**CAMDEN COUNTY, GEORGIA**,<br><br>　　　　　　　　　Intervenor-Defendant. | Civil Action No. 1:22-cv-01408-RDM |

## INTERVENOR DEFENDANT CAMDEN COUNTY, GEORGIA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Intervenor-Defendant Camden County, Georgia (the "County") respectfully moves for a two-week extension of its deadline to file a reply in support of the pending Motion to Dismiss. *See* ECF Nos. 27, 28. The County's reply is currently due October 20, 2023, while Federal Defendants' reply is currently due on October 27, 2023. *See* July 23, 2023 Minute Order; October 10, 2023 Minute Order. The County seeks a two-week extension, until November 3, 2023, to allow the County sufficient time after Federal Defendants file their reply to determine whether it will join Federal Defendants' reply or to file a separate reply.

//

//

//

Counsel for Plaintiffs and Federal Defendants do not oppose this motion.

Dated:  October 10, 2023

Respectfully submitted,

/s/ Tyler G. Welti
Tyler G. Welti (D.C. Bar No. 1015691)
tgwelti@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Phone: 415-653-3714
Fax: 415-653-3755
tgwelti@venable.com

Kathryn K. Floyd (D.C. Bar No. 411027)
VENABLE LLP
600 Massachusetts Ave., N.W.
Washington, DC 20001
Phone: 202-344-4000
Fax: 202-344-8300
kkfloyd@venable.com

*Counsel for Proposed Intervenor-Defendant Camden County, Georgia*