IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL PARKS CONSERVATION ASSOCIATION**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **FEDERAL AVIATION ADMINISTRATION**, *et al.,* <br><br> Defendants, <br><br> and <br><br> **CAMDEN COUNTY, GEORGIA**, <br><br> Intervenor-Defendant. | Civil Action No. 1:22-cv-01408-RDM |

## [PROPOSED] ORDER GRANTING CAMDEN COUNTY, GEORGIA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Upon consideration of Camden County, Georgia's Unopposed Motion for Extension of Time to File a Reply in support of Motion to Dismiss, and good cause having been shown, it is hereby ORDERED that the Motion is granted, and that the County's deadline to file its Reply in support of the Motion to Dismiss is extended until November 3, 2023.

DATED: _____                              _____

Honorable Judge Randolph D. Moss
United States District Court Judge