**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, ET AL., <br><br> *Defendants*, <br><br> and <br><br> CAMDEN COUNTY, GEORGIA, <br><br> *Defendant-Intervenor*. | No. 22-cv-01408 (RDM) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Pursuant to Local Civil Rule 83.6(b), please withdraw the appearance of Gregory M. Cumming as counsel for Federal Defendants in this matter.  Federal Defendants will continue to be represented by remaining counsel of record from the U.S. Department of Justice.

Respectfully submitted this 26th day of March, 2026,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Gregory M. Cumming*
Gregory M. Cumming (D.C. Bar No. 1018173)
Senior Attorney
Natural Resources Section
150 M St., N.E.
Washington, D.C. 20002
(202) 305-0457 (phone)

(202) 598-0414 (cell)
gregory.cumming@usdoj.gov

*Counsel for Federal Defendants*