**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL PARKS CONVERSERVATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, et al., <br><br> Defendants, <br><br> and <br><br> CAMDEN COUNTY, GEORGIA, <br><br> Defendant-Intervenor. | No. 22-cv-01408 (RDM) |

**Notice of Withdrawal of Appearance**

Pursuant to Local Civil Rule 83.6(b), please withdraw the appearance of Matthew P. Rand as counsel for Federal Defendants in this matter. Federal Defendants will continue to be represented by Joseph Borson from the United States Department of Justice.

Respectfully submitted April 14, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Matthew P. Rand*
Matthew P. Rand
Senior Attorney
Environment & Natural Resources Division
Natural Resources Section
150 M St., NE
Washington, DC 20002
(202) 531-5083
matthew.rand@usdoj.gov

*Counsel for Federal Defendants*